CSD 1177 [05/20/10]
Name, Address, Telephone No. & I.D. No.

Craig Trenton
1855 First Ave. Suite 101
San Diego, CA. 92101
619-544-0669
165973

Order Entered on
January 11, 2011
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Charles David Mason
Mary Katherine Mason

BANKRUPTCY NO. 10-13313-MM13

Debtor.

# APPLICATION FOR COMPENSATION AND CONFIRMATION OF CHAPTER 13 PLAN; AND ORDER THEREON

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted.

//

//

//

//

//

//

//

DATED: January 11, 2011

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Law Office of Craig Trenton
(Firm name)

By: /s/ Craig Trenton
    Attorney for Debtor(s)

CSD 1177

Case 10-13313-MM13    Filed 01/11/11    Entered 01/11/11 16:43:47    Doc 28-1    Pg. 2 of 2

CSD 1177 [05/20/10] **(Page 2)**
APPLICATION FOR COMPENSATION AND CONFIRMATION OF CHAPTER 13 PLAN; AND ORDER THEREON
DEBTOR: Charles David Mason                                                              CASE NO: 10-13313-MM13
         Mary Katherine Mason

## I. APPLICATION FOR CONFIRMATION AND ALLOWANCE OF COMPENSATION:

The undersigned attorney for the above-referenced Debtor(s):

A. Represents that the Section 341(a) meeting is concluded in this chapter 13 case and that the Debtor(s) Plan, as that term is defined in paragraph II(A) below, complies with Section 1322 and 1325(a) of the Bankruptcy Code.

B. Represents that a Rights and Responsibility Statement was signed by the Debtor(s) and filed in this chapter 13 case on __08/12/2010__ and that the fees set forth in paragraph I(C) do not exceed the applicable presumptive guideline fees as established by General Order 173 of this Court.

C. Represents that the paid and unpaid attorneys' fees and costs in this case are as follows:

1. The agreed initial fee for attorney services: $ 3,300.00 ;
2. Additional fees not part of initial fee: $ 0.00 ;

   (Specify referencing any relief from stay or adversary proceeding number as relevant):

3. Total fees received to date: $ 0.00 ;
4. Total unpaid balance of fees: $ 3,300.00 ;

D. Requests that this Court:

1. Confirm the Debtor(s) Plan; and
2. Allow fees as set forth in paragraph I(C) above.

## II. ORDER CONFIRMING DEBTOR(S) PLAN AND ALLOWING ATTORNEYS FEES

Upon considering the foregoing application, IT IS HEREBY ORDERED THAT:

A. The debtor(s) plan dated __12/08/2010__ and, if applicable, as amended by pre-confirmation modification(s) dated __12/13/2010__ ("Debtor(s) Plan") is confirmed.

B. Attorneys' fees and costs are allowed as set forth in paragraph I(C) above, and any unpaid fees shall be paid as provided for in the Debtor(s) Plan.

C. Nothing in this order or the Debtor(s) Plan shall be construed to have issue or claim preclusive effect on any debt nondischargeable under 11 U.S.C. 1328(a) unless a separate order of the court expressly so provides.

Approved as to form and content by Chapter 13 Trustee submission of this Order:     /s/Thomas H. Billingslea

CSD 1177

*Signed by Judge Margaret M. Mann January 11, 2011*